UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
MICHAEL BLAYLOCK,

                    Plaintiff,

    -against-

CHRISTIN MONTALBANO, *Medical Doctor at Arthur Kill Correctional Facility*, DR. LESTER WRIGHT, *Deputy Commissioner for Health Services for New York State Department of Correctional Services*, and DENNIS BRESLIN, *Superintendent at Arthur Kill Correctional Facility, each sued in their official and individual capacities*,

                    Defendants.
----------------------------------------------------------------X

**ORDER**

09-CV-3277 (NGG) (MDG)

NICHOLAS G. GARAUFIS, United States District Judge.

On October 4, 2011, Plaintiff Michael Blaylock moved the court to enjoin his transfer from Arthur Kill Correctional Facility to Mid-State Correctional Facility. (Docket Entry # 55.) On October 18, 2011, the court received a letter from Blaylock, dated October 13, 2011, in which he stated that he had already been transferred to Mid-State Correctional Facility. (The letter is not yet docketed.) Blaylock's October 4, 2011 motion is therefore DENIED as moot.

Blaylock may be entitled to amend his Complaint to raise new claims relating to the events that led to his October 4, 2011 motion. However, Blaylock is cautioned that he is required by the Prison Litigation Reform Act to exhaust any available administrative remedies before doing so. 42 U.S.C. § 1997e(a).

SO ORDERED.

Dated: Brooklyn, New York
       October 19, 2011

s/Nicholas G. Garaufis
NICHOLAS G. GARAUFIS
United States District Judge