AO 458 (Rev. 01/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | | |
|---|---|---|
| MICHAEL BLAYLOCK | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 09-cv-3277 (NGG)(MDG) |
| CHRISTIN MONTALBANO, M.D., et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am authorized to practice in this court, and I appear in this case as counsel for:

**DEFENDANT   APS HEALTHCARE, INC.,** .

Date:   **04/30/2013**

**s/Michael H. Bernstein**
*Attorney's signature*

**Michael H. Bernstein (MB 0579)**
*Printed name and bar number*

**Sedgwick LLP**
**225 Liberty Street, 28th Floor**
**New York, New York 10281**
*Address*

**michael.bernstein@sedgwicklaw.com**
*E-mail address*

**(212) 422-0202**
*Telephone number*

**(212) 422-0925**
*FAX number*

## CERTIFICATE OF SERVICE

I, MICHAEL H. BERNSTEIN, hereby certify and affirm that a true and correct copy of the attached **NOTICE OF APPEARANCE** was served via ECF on this 30th day of April, 2013, upon the following:

JASON M. CLARK, Esq.
Assistant Attorney General
120 Broadway, 24th Floor
New York, NY  10271
Telephone: (212) 416-6296
Facsimile: (212) 416-6009

BRETT M. DIGNAM, Esq.
Morningside Heights Legal Services
Columbia Law School, Room 831
435 West 116th Street
New York, NY  10027
*Attorney for Plaintiff*

s/
Michael H. Bernstein

Dated:    New York, New York
          April 30, 2013

1