IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL BLAYLOCK,<br><br>                Plaintiff,<br><br>   -against-<br><br>CHRISTIN MONTALBANO, M.D., physician, Arthur Kill Correctional Facility, GIOVANNE JEAN-BAPTISTE, M.D., physician, Arthur Kill Correctional Facility, CARL KOENIGSMANN, M.D., Regional Medical Director, Arthur Kill Correctional Facility, BARBARA GRIFFITH, M.D., Regional Medical Director, Arthur Kill Correctional Facility, in their individual capacities; KRISHNA VADLAMUDI, M.D., physician and Facility Health Services Director, Marcy Correctional Facility and MARSHALL TRABOUT, M.D., Regional Medical Director, Oneida Hub, in their individual and official capacities, APS HEALTHCARE, INC., Utilization Review Vendor for New York State Department of Corrections and Community Supervision,<br><br>                Defendants. | Civil Action Number:<br>09-cv-3277 (NGG)(MDG)<br><br>**DEFENDANT APS HEALTHCARE, INC.'S RULE 7.1 DISCLOSURE STATEMENT** |

       Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable judges and magistrate judges of the Court to evaluate possible disqaulification or recusal, the undersigned counsel of record for defendant, APS HEALTHCARE, INC., certifies that APS Parent Inc., owns 100% of the stock of APS Healthcare, Inc. and Universal American Corp. owns 100% of the stock of APS Parent, Inc. Universal American Corp. has no parent company and no publicly held corporation owns more than 10% of its stock.

NY/1264534v1

Dated: New York, New York
       May 3, 2013

                                          SEDGWICK LLP

                                    By: s/_____
                                           Michael H. Bernstein (MB 0579)
                                           John T. Seybert (JS 5014)

                                    225 Liberty Street, 28th Floor
                                    New York, NY  10281-1008
                                    Telephone:     212.422.0202
                                    Facsimile:      212.422.0925
                                    Attorneys for Defendant APS Healthcare, Inc.

NY/1264534v1

## CERTIFICATE OF SERVICE

I, JOHN T. SEYBERT, hereby certify and affirm that a true and correct copy of the attached **DEFENDANT APS HEALTHCARE, INC.'S RULE 7.1 DISCLOSURE STATEMENT** was served via ECF on this 3rd day of May, 2013, upon the following:

JASON M. CLARK, Esq.
Assistant Attorney General
120 Broadway, 24th Floor
New York, NY 10271
Telephone: (212) 416-6296
Facsimile: (212) 416-6009

BRETT M. DIGNAM, Esq.
Morningside Heights Legal Services
Columbia Law School, Room 831
435 West 116th Street
New York, NY 10027
*Attorney for Plaintiff*

s/
John T. Seybert (JS 5014)

Dated: New York, New York
May 3, 2013

NY/1264534v1