

**STATE OF NEW YORK**
**OFFICE OF THE ATTORNEY GENERAL**

ERIC T. SCHNEIDERMAN
ATTORNEY GENERAL

KENT T. STAUFFER
EXECUTIVE DEPUTY ATTORNEY GENERAL
DIVISION OF STATE COUNSEL

LISA R. DELL
ASSISTANT ATTORNEY GENERAL IN CHARG
LITIGATION BUREAU

June 14, 2013

By ECF
The Honorable Marilyn D. Go
United States Magistrate Judge
Eastern District of New York
United States District Court
225 Cadman Plaza East, Room 1214-S
Brooklyn, New York 11201

Re: Blaylock v. Montalbano et. al.
09-Civ-3277 (NGG)(MDG)

Dear Judge Go,

The purpose of this letter is to respectfully request an extension from June 14, 2013 to June 20, 2013 to submit our Progress Report regarding the status of the parties' settlement efforts and the status of plaintiff's surgery treatment. Yesterday, on June 13, our Office was notified from plaintiff's attorney that Mr. Blaylock suffered what was characterized as a stroke, while he was in Nassau County attending a court proceeding believed to be related to his release from incarceration. Given these complications, we wish to wait before submitting our Progress Report until we have more clarity. Plaintiff's counsel agrees with this request.

Respectfully submitted,

Jason M. Clark
Assistant Attorney General
Tel: (212) 416-6296

cc: Brett Dignam, (by regular mail)